**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____              │
│ DATE FILED: 11/25/2020               │
└─────────────────────────────────────┘
```

**Debra Zanca, on behalf of herself and all**
**others similarly situated,**

                                        **Plaintiff,**

                **-against-**

**Frontier Cooperative,**

                                        **Defendant.**

**1:20-cv-06965 (PGG) (SDA)**

**<u>ORDER</u>**

**STEWART D. AARON, United States Magistrate Judge:**

Having been advised by the parties that they have reached a settlement in principle (*see* Notice of Settlement, ECF No. 15), it is hereby Ordered that the Initial Pretrial Conference scheduled for December 1, 2020 is adjourned *sine die*.

**SO ORDERED.**

DATED:        New York, New York
              November 25, 2020

                              _____
                              STEWART D. AARON
                              United States Magistrate Judge